AO 442 (Rev. 5/93) Warrant for Arrest       AUSA ELIZABETH A. STAFFORD (313) 226-9692
                                            TFA DELSHAWN KING (313) 234-4280

# United States District Court

| EASTERN | DISTRICT OF | MICHIGAN - SD |

UNITED STATES OF AMERICA

v.

D-1  MARVELL B. LLOYD

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-80939-DT-01

To: The United States Marshal
and any Authorized United States Officer

F I L E D
APR 02 2010
CLERK'S OFFICE
DETROIT

YOU ARE HEREBY COMMANDED to arrest    MARVELL B. LLOYD
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    **X** Order of Court    Violation Notice    Probation Violation Petition

charging him or her with (brief description of offense)

failure to report as directed to serve sentence,

in violation of Title ___18___ United States Code, Section(s) ___3146___

NANCY G. EDMUNDS                         US District Judge
Name of Issuing Officer                  Title of Issuing Officer

/s/ Nancy G. Edmunds                     Detroit, MI
Signature of Issuing Officer             Date and Location

A TRUE COPY
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Bail fixed at $_____                  by _____
BY Carol A. Hemeyer                         Name of Judicial Officer
      DEPUTY CLERK

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-30-10 | S/A Eric Bell  DEA | /s/ E. Bell |